O'KEEFER D. HOOKER,

        Plaintiff,

      v.                                      Case No. 19-C-1669

CARISSA WOZNY and
AMY ALLEN,

        Defendants.

## ORDER

    Plaintiff O'Keefer Hooker, who is currently representing himself, filed this 42 U.S.C. § 1983 action against Defendants Carissa Wozny and Amy Allen alleging that they violated his constitutional rights. The Clerk of Courts mailed Plaintiff the court's order denying Plaintiff's motion to recruit counsel on March 24, 2020, but it was returned as undeliverable on April 8, 2020. It appears Plaintiff is no longer in the custody of Kenosha County and has changed addresses without notifying the court. If this is so, it is a direct violation of the court's December 13, 2019 screening order and could result in dismissal for failure to prosecute.

    Pursuant to Civil Local Rule 41, the court may enter an order of dismissal if a plaintiff is not diligently prosecuting an action. Civil L.R. 41 (E.D. Wis.). Based upon the foregoing, Plaintiff has 21 days from the date of this order to update his address with the Clerk of Courts. Failure to do so will result in dismissal of this action.

    **SO ORDERED** at Green Bay, Wisconsin this 28th day of April, 2020.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach, District Judge
                                                        United States District Court